BURNHAM, Respondent, v. DENIKE et al., Respondents (MESNIER, Appellant). (Su-

preme Court, Appellate Division, Second Department. October 26, 1900.) Action by Elizabeth A. Burnham against Charles W. Denike and others.

PER CURIAM. The judgment under which the sale was made having been reversed by this court, the purchaser cannot be compelled to take title. Order reversed, without costs, and motion to be relieved from the purchase granted, without costs.